IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BARBARA ANN JACKSON,**
**and the U.S. DEPARTMENT OF**
**AGRICULTURE,**

      **Plaintiffs,**

v.                                      Case No. 4:17cv352-MW/CAS

**BANK OF NEW YORK,**
**DAVID H. ABRAMS, and**
**UNKNOWN DEBT COLLECTORS,**

      **Defendants.**
_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's Motion of Administrative Order and Report and Recommendation, ECF No. 5, which this Court construes as objections to the Magistrate Judge's report and recommendation. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating,

1

"Plaintiff's complaint, ECF No. 1, is **DISMISSED** because it fails to state a claim and is barred by the doctrine of collateral estoppel."  The Clerk shall close the file.

**SO ORDERED on August 22, 2017.**

<u>**s/Mark E. Walker**</u>    
**United States District Judge**